No. 2,600.—STATE OF MONTANA, PLAINTIFF AND APPELLANT, *v.* AMOS DONEY, DEFENDANT AND RESPONDENT.

*Appeal from District Court, Silver Bow County: Michael Donlan, Judge.*

On motion to dismiss appeal.

Decided November 11, 1908.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is sustained and the appeal ordered dismissed.

*Mr. Albert J. Galen,* Attorney General, and *Mr. W. L. Murphy,* Assistant Attorney General, for Appellant.

*Messrs. Canning & Wheeler,* for Respondent.